WILLIAMS v. WALNUT CREEK AMPHITHEATER PARTNERSHIP

No. 168P96

Case below: 121 N.C.App. 649

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.